District Judge Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SERGII N. MILISHCHUK,<br><br>                    Plaintiff,<br>      v.<br><br>MERRICK GARLAND, *et al.*,<br><br>                    Defendants. | Case No. 3:24-cv-05613-TMC<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>October 1, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Pro Se Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05613-TMC] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

| | |
|---|---|
| Dated: October 1, 2024 | Respectfully submitted,<br><br>TESSA M. GORMAN<br>United States Attorney<br><br>*s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 253-428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants*<br><br>*I certify that this memorandum contains 81 words, in compliance with the Local Civil Rules.*<br><br>_____<br>SERGII N. MILISCHUK<br>1625 24th Street PL SE<br>Puyallup, Washington 98372<br>Phone: 617-938-9472<br>Email: f1transportationinc@gmail.com<br>*Pro Se Plaintiff* |

**ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 2nd day of October, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05613-TMC] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800